FILED

2008 JAN 23 PM 2:36

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY KMH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0202 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE HUMBERTO CHAVEZ-HERRERA, Defendant. | Criminal Case No. ___________ <br> I N D I C T M E N T <br> Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about January 11, 2008, within the Southern District of California, defendant JOSE HUMBERTO CHAVEZ-HERRERA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CPH:fer:San Diego
1/17/08

It is further alleged that defendant JOSE HUMBERTO CHAVEZ-HERRERA, was removed from the United States subsequent to November 9, 2007.

DATED: January 23, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CAROLINE P. HAN
Assistant U.S. Attorney