KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant United States Attorney
California State Bar No. 239764
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787/(619)235-2757 (Fax)
E-mail: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HUMBERTO CHAVEZ-HERRERA,<br><br>Defendant. | Criminal Case No. 08CR202-JLS<br><br>DATE: March 7, 2008<br>TIME: 1:30 p.m.<br><br>GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR:<br><br>(1) RECIPROCAL DISCOVERY;<br>(2) FINGERPRINT EXEMPLARS; AND<br>(3) LEAVE TO FILE FURTHER MOTIONS<br><br>TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW, the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Aaron B. Clark, Assistant United States Attorney, and hereby files its notice of motion and motion for reciprocal discovery, fingerprint exemplars and leave to file further motions. These motions are supported by the attached statement of facts and memorandum of points and authorities.

DATED: March 3, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

s/Aaron B. Clark
______________________
AARON B. CLARK
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE HUMBERTO CHAVEZ-HERRERA, Defendant. | Case No. 08CR0202-JLS<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Motion and Motion for Reciprocal Discovery, Fingerprint Exemplars and Leave to File Further Motions; Together with Statement of Facts and Memorandum of Points and Authorities in Support on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John Ellis

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2008

/s/ Aaron B. Clark
AARON B. CLARK