**JOHN C. ELLIS, JR.**
California State Bar No. 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: john_ellis@fd.org

Attorneys for Mr. Jose Humberto Chavez-Herrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HUMBERTO CHAVEZ-HERRERA,<br><br>Defendant. | ) | Case No.: 08cr0202-JLS<br><br>Date: April 18, 2008<br>Time: 1:30 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) DISMISS THE INDICTMENT BECAUSE IT FAILS TO ALLEGE ALL ELEMENTS OF THE CHARGED OFFENSE;**<br>**(2) DISMISS THE INDICTMENT BECAUSE IT VIOLATES MR. CHAVEZ-HERRERA'S RIGHT TO PRESENTMENT;**<br>**(3) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE JURY;**<br>**(4) STRIKE SURPLUSAGE FROM THE INDICTMENT;**<br>**(5) PRODUCE GRAND JURY TRANSCRIPTS;**<br>**(6) SUPPRESS STATEMENTS;**<br>**(7) COMPEL DISCOVERY/PRESERVE EVIDENCE; AND**<br>**(8) LEAVE TO FILE FURTHER MOTIONS.** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
AARON CLARK, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on April 18, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the accused, Jose Humberto Chavez-Herrera, by and through his attorneys, John C. Ellis, Jr. and

Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

**MOTIONS**

Defendant, Mr. Chavez-Herrera, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Because it Fails to Allege All Elements of the Charged Offense;
(2) Dismiss the Indictment Because it Violates Mr. Chavez-Herrera's Right to Presentment;
(3) Dismiss the Indictment Due to Misinstruction of the Jury;
(4) Strike Surplusage from the Indictment;
(5) Produce Grand Jury Transcripts;
(6) Suppress Statements;
(7) Compel Discovery/preserve Evidence; and
(8) Leave to File Further Motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: April 4, 2008

*/s/ John C. Ellis, Jr.*

**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Chavez-Herrera
john_ellis@fd.org