KAREN P. HEWITT
United States Attorney
AARON B. CLARK
Assistant U.S. Attorney
California State Bar No. 239764
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6787/(619) 235-2757 (Fax)
Email: aaron.clark@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0202-JLS |
| Plaintiff, | ) | DATE: July 18, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | COURTROOM: 6 |
| | ) | Before Honorable Janis L.Sammartino |
| JOSE HUMBERTO CHAVEZ-HERRERA, | ) | |
| | ) | UNITED STATES' MOTION FOR AN ORDER TO SHORTEN TIME |
| Defendant(s). | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and AARON B. CLARK, Assistant United States Attorney, and hereby moves this Court for an Order to Shorten Time to permit the United States to file its Motions *in Limine*. This Motion for an Order to Shorten Time is based upon the files and records of this case together with the attached Declaration of Aaron B. Clark, Assistant United States Attorney. Specifically, this Motion for an Order to Shorten Time is necessary for the reasons set forth in the attached Declaration.

//

//

//

//

DATED: July 11, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Aaron B. Clark
AARON B. CLARK
Assistant United States Attorney

# DECLARATION OF AARON B. CLARK

I, Aaron B. Clark, do hereby state as follows under penalty of perjury:

1. I am over the age of 18 and am competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I am employed as an Assistant U.S. Attorney with the U.S. Attorney's Office for the Southern District of California.

3. According to Criminal Local Rule 47.1(b)(1), the parties' motions *in limine* in the case of United States v. Jose Humberto Chavez-Herrera, 08CR0202-JLS, were due on Thursday, July 3, 2008. I am the Assistant U.S. Attorney assigned to this case.

4. In late June 2008, defense counsel and I spoke by phone. Defense counsel then stated that Defendant would be pleading guilty to the indictment, obviating the need to file motions *in limine*. Because of this representation, I did not file motions *in limine* by the July 3, 2008 deadline.

5. Yesterday, July 10, 2008, defense counsel and I again spoke by phone. At this time he indicated that Defendant would no longer be pleading guilty to the indictment, and that he was preparing for trial.

5. Because Defendant now intends to pursue the matter through to trial, the Government now seeks to file its motions *in limine* in the case to expedite proceedings at the time of trial.

EXECUTED on July 11, 2008 in San Diego, California.

Aaron B. Clark
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE HUMBERTO CHAVEZ-HERRERA,<br>Defendant(s). | Case No. 08CR0202-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, AARON B. CLARK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of UNITED STATES' MOTION FOR AN ORDER TO SHORTEN TIME on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John Ellis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008.

s/ Aaron B. Clark
AARON B. CLARK