UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE HUMBERTO CHAVEZ-HERRERA, Defendant. | Criminal Case No. 08CR0202-JLS<br><br>ORDER GRANTING UNITED STATES' MOTION TO SHORTEN TIME |

Good cause appearing, the government's motion to shorten time to permit it to file and serve its Motion is GRANTED. The government filed said motions on Friday, July 11, 2008.

IT IS SO ORDERED.

DATED: July 14, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge